# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-1784
_____

ERMANE SAMUEL ALEXANDRE,

Appellant,

v.

DEPARTMENT OF HEALTH, Board
of Massage Therapy,

Appellee.

_____


On appeal from the Board of Massage Therapy.
Christopher Brooks, Chair.

August 12, 2026

PER CURIAM.

Ermane Samuel Alexandre appeals the Board of Massage Therapy's final order revoking his license to practice massage therapy. He argues that he was not properly served with the administrative complaint and therefore lacked notice and an opportunity to request a hearing. The Department of Health concedes that the Board erred by entering the final order without proper notice. We accept that concession, set aside the final order, and remand for further proceedings. We express no view on the merits of the allegations in the administrative complaint.

LEWIS, RAY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Ermane Samuel Alexandre, pro se, Appellant.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health, Tallahassee, for Appellee.